Bethany L. DUBROC; Roger Dubroc,
Plaintiffs-Appellants

v.

WAL-MART LOUISIANA, L.L.C.,
Defendant-Appellee

No. 16-31249

United States Court of Appeals,
Fifth Circuit.

May 26, 2017

Richard Alan Rozanski, Esq., Wheelis & Rozanski, A.P.L.C., Alexandria, LA, for Plaintiffs-Appellants

Robert O'Neal Chadwick, Jr., Counsel, Gregory Brent Odom, II, Chadwick & Odom, L.L.C., Alexandria, LA, for Defendant-Appellee

Before HIGGINBOTHAM, PRADO, and HAYNES, Circuit Judges.

PER CURIAM: *

The plaintiff suffered a slip-and-fall in a Wal-Mart store during a rainstorm. In her resulting lawsuit, the district court granted summary judgment for Wal-Mart because she could not show any evidence that Wal-Mart either created or had actual or constructive knowledge of the condition that caused her injury, as is required under Louisiana negligence law. We affirm for essentially the reasons stated by the district court in its November 29, 2016 Memorandum Ruling.

**AFFIRMED.**

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.